IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Armstrong, Lanita

Printed: 9/23/08

Case Number: 05 B 28757
Judge: Wedoff, Eugene R

Filed: 7/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: August 22, 2008
Confirmed: September 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,330.09 |  |
| Secured: |  | 5,893.22 |
| Unsecured: |  | 7,356.84 |
| Priority: |  | 70.92 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 901.80 |
| Other Funds: |  | 407.31 |
| Totals: | 17,330.09 | 17,330.09 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Affiliated Financial Corporation | Secured | 5,682.81 | 5,682.81 |
| 3. | Monterey Financial Services | Secured | 210.41 | 210.41 |
| 4. | Illinois Dept of Revenue | Priority | 70.92 | 70.92 |
| 5. | Illinois State Tollway | Unsecured | 2,530.78 | 3,615.40 |
| 6. | Aspire Visa | Unsecured | 422.91 | 604.15 |
| 7. | Monterey Financial Services | Unsecured | 53.62 | 76.61 |
| 8. | Illinois Bell Telephone | Unsecured | 403.96 | 577.08 |
| 9. | Nicor Gas | Unsecured | 128.97 | 184.24 |
| 10. | AT&T | Unsecured | 825.55 | 1,179.36 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 784.00 | 1,120.00 |
| 12. | Comcast Cablevision | Unsecured |  | No Claim Filed |
| 13. | Direct Tv | Unsecured |  | No Claim Filed |
| 14. | PDL Financial Services | Unsecured |  | No Claim Filed |
| 15. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 16. | Thomas E Jolas | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,813.93 | $ 16,020.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 307.74 |
| 5% | 63.64 |
| 4.8% | 147.98 |
| 5.4% | 347.10 |
| 6.5% | 35.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Armstrong, Lanita

Printed:  9/23/08

Case Number:  05 B 28757
Judge:  Wedoff, Eugene R
Filed:  7/20/05

_____
$ 901.80

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

